# Court of Appeals
# of the State of Georgia

ATLANTA,  September 24, 2014

*The Court of Appeals hereby passes the following order:*

**A15I0012.  CENTRAL ATLANTA PROGRESS et al. v. METRO ATLANTA
    TASK FORCE FOR THE HOMELESS, INC. et al.;**
**A15I0013.  PREMIUM FUNDING SOLUTIONS, LLC v. METRO ATLANTA
    TASK FORCE FOR THE HOMELESS, INC. et al.;**
**A15I0014. EMANUEL FIALKOW v. METRO ATLANTA TASK FORCE FOR
    THE HOMELSS, INC. et al.**

Metro Atlanta Task Force for the Homeless, Inc., filed suit against numerous defendants, including Premium Funding Solutions, LLC, alleging multiple claims including one for quiet title.  The defendants filed motions for summary judgment, and the trial court entered an order granting in part and denying in part the several motions. In A15I0013, Premium Funding Solutions seeks interlocutory review of the trial court's order based, in part, on its contention that the trial court erred in denying its motion for summary judgment on the Task Force's quiet title claim.[1]

Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land.  Because this case involves title to land, jurisdiction appears to lie in the Supreme Court.  See *Hunstein v. Fiksman*, 279 Ga. 559 (615 SE2d 526) (2005).  Moreover, the Task Force asserts that a direct appeal has already been filed to the Supreme Court in a related matter. See Case Number S14I1916.  Accordingly, Case Number A15I0013 is hereby

---

[1] In A15I0012 and A15I0013, defendants Central Atlanta Progress, the Atlanta Downtown Improvement District, and Emanuel Fialkow seek interlocutory review of the trial court's order to the extent it denied aspects of their motions for summary judgment.

TRANSFERRED to the Supreme Court for disposition.

In the interest of both judicial comity and judicial economy, Case Numbers A15I0012 and A15I0014 are also TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/24/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*